UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| EVANSVILLE MARINE SERVICE, INC., as Owner of the M/V Loyd C., Official No. 631013 for Exoneration from or Limitation of Liability, | ) ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 3:20-cv-00152-RLY-CSW |
| CHRISTOPHER J. THURBY, | ) ) | |
| Claimant. | ) | |

**FINAL JUDGMENT**

Consistent with today's entry explaining the courts findings of fact and conclusions of law in this case, the court enters judgment against Evansville Marine and for Thurby on Evansville Marine's Petition for Exoneration or Limitation (Filing No. 1). The court also enters judgment for Thurby and against Evansville Marine on Thurby's counterclaims for Jones Act Negligence and Unseaworthiness. The court **ORDERS** Evansville Marine to pay Thurby $1,851,966.32 for the damages arising from those claims. By resolving these claims, the court has resolved all the outstanding issues in the case and now enters final judgment in favor of Thurby and against Evansville Marine.

**IT IS SO ORDERED** this 20th day of October 2023.

Roger A.G. Sharpe, Clerk

BY: _Nina M. Dafe_
Deputy Clerk, U.S. District Court

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsels of Record.

1